[No. 8954–8–II. Division Two. November 30, 1987.]

LEWIS RIVER GOLF, INC., *Respondent,* v. O. M. SCOTT & SONS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–2–00111–0, Don L. McCulloch, J., entered June 28, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 9426–6–II. Division Two. December 1, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. MICHAEL JOSEPH CHANNING, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00815–4, John N. Skimas, J., entered December 13, 1985. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 10132–7–II. Division Two. December 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY WILLIAM STARKE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00337–1, Thomas L. Lodge, J., entered July 3, 1986. *Affirmed in part* and *vacated in part* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 9980–2–II. Division Two. December 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN R. CHRISTENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86–1–00036–9, Don L. McCulloch, J., entered May 29, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.